JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE ORTIZ, | ) | CASE NO. CV 12-10670-CJC (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| AVENAL STATE PRISON, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:   January 8, 2013.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd