JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ORTIZ, | ) CASE NO. CV 12-10670-CJC (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| AVENAL STATE PRISON, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:    <u>January 8, 2013</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd